**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-04-01T **DATE**: June 24, 2005
**TITLE OF CASE:** USA v. Zoilo Garcia

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

_
**COUNSEL PRESENT**

Government: Zechariah Chafee, AUSA

Defendant: Kevin J. Fitzgerald, Esquire

Probation: Dennis Jenkins

---

_

**PROCEEDINGS:** **Sentencing**

June 24, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. No objections to the Presentence Report noted. Judge comments on upward departure due to the defendant's use to aliases and the outstanding warrant for his arrest in Springfield, MA. Defense counsel addresses its request for a sentence in the low end of the guideline range and to the Court's raised issues. Government responds to defense's request for credit in Federal Court for State time served and the Court's raised issues. Defendant allocutes. Court addresses the parties. Court accepts the calculations made by Probation. Court sentences the defendant to 37 months of incarceration. 3 years of supervised release.Special Conditions: Surrender to INS for deportation and to remain outside the U.S. for the period of Supervised Release if deported. $100 Special Assessment

Recess