UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Cr. No. 05-004T |
| | ) | |
| ZOILO GARCIA | ) | |

## NOTICE OF APPEAL

Now comes the defendant Zoilo Garcia and notices his appeal of his sentence imposed on June 24, 2005 to the United States Court of Appeals for the First Circuit.

Respectfully submitted
Zoilo Garcia
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that I delivered a copy of this notice to Zechariah Chafee, Assistant United States Attorney, on this the 28th day of June, 2005.