UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

July 6, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***USA v. Zoilo Garcia***
***USDC CR05-04-01T***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Complete Record; Cert. of Clerk; Cert. Copy of the Docket; Presentence Investigation Report; Statement of Reasons

Ack 07/07/05
COA # 05-1994