05-0000 4
USDC/RI
Torres, J

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1994

UNITED STATES OF AMERICA,
Appellee,

v.

ZOILO GARCIA,
Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella, and Howard, Circuit Judges.

**JUDGMENT**
**Entered: February 14, 2006**

Counsel for defendant-appellant Zolio Garcia has made a submittal in accordance with Anders v. California, 386 U.S. 738 (1967), contending there are no non-frivolous grounds for appeal in this case, and requesting permission to withdraw. Mr. Garcia has not made any submittal of his own. After reviewing the *Anders* submittal and the underlying record, we agree that there is no reasonably arguable basis for appeal.

Mr. Garcia's guilty plea was taken in compliance with the requirements of Fed.R.Crim.P. 11 and was otherwise valid. The district court's sentencing at the upper limit of the Sentencing Guidelines was a permissible exercise of discretion, even though it was at variance with the sentencing recommendation made in the parties' plea agreement. Mr. Garcia was not deprived of any time credit towards his federal sentence to which he is legally entitled.

Defendant-appellant's conviction and sentence are affirmed summarily as per Local Rule 27(c) of this court.

By the Court:
Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

MT
**Deputy Clerk**

**Date:** 3/8/06

[cc: Thomas C. Foley, Esq., Zechariah Chafee, AUSA, Donald Lockhart, AUSA, Terrence P. Donnelly, AUSA]